# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL TRAN,

    Plaintiff,

v.                                                    Case No.: 8:20-cv-1945-CEH-AAS

NOMAD GROUP LLC, CRISTINA
CHANQUIN and SERGIO CHANQUIN,

    Defendants.
_____/

## ORDER

Under 28 U.S.C. § 455, a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned and where the judge has personal knowledge of disputed evidentiary facts about the proceeding. 28 U.S.C. § 455(a) & (b)(1). When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

The undersigned oversaw a settlement conference between the parties. During the settlement conference, the undersigned became privy to disputed evidentiary facts and other confidential information, thus warranting recusal. 28 U.S.C. § 455(b)(1). The Clerk is directed to reassign this case to another magistrate judge by random draw and to provide notice to the parties of the

newly designated magistrate judge.

      **ORDERED** in Tampa, Florida on February 11, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge