EXHIBIT D

**Subject:**    RE: Michael Tran v. Nomad Group, LLC Defendants' Offer of Judgment
**Date:**    Wednesday, December 2, 2020 at 4:45:29 PM Eastern Standard Time
**From:**    George Triantis
**To:**    Salma Benkabbou, Marc Edelman
**CC:**    Client Relations Specialist, Legal Assistant, Kelsey Morton, Danielle Chapman
**Category:**    Nomad Group
**Attachments:** image001.png, image002.gif, image003.png, image004.png

I would also like to depose your client's CPA/Accountant (you had mentioned this person on our zoom call in November). From what I recall, he/she advised them on matters relevant to this case. (i.e. information related to the "separate entities" your client maintained justified non-payment of overtime premiums). Please provide his/her name, address, and phone number.

Thanks,

**George Triantis**
Attorney

**P:** (813) 577-4761
**F:** (813) 559-4870
**A:** 201 N Franklin St, 7th Floor, Tampa, FL 33602

---

*COVID-19 Update: Morgan & Morgan continues to be fully operational and enabled to service our clients Nationwide. You can learn more about our remote resources [here](). We are here for you.*

**From:** George Triantis x3391
**Sent:** Wednesday, December 02, 2020 2:21 PM
**To:** 'Salma Benkabbou'; Marc Edelman x3294
**Cc:** Client Relations Specialist; Legal Assistant; Kelsey Morton x3477; Danielle Chapman x3341
**Subject:** RE: Michael Tran v. Nomad Group, LLC Defendants' Offer of Judgment

My client will not be accepting the offer of judgment.  The offer does not come anywhere close to providing full relief for Mr. Tran. That being said, please provide feedback on the proposed Joint Notice Regarding Settlement Conference sent on November 18, 2020. Also, the Court requires us to discuss the Case Management Report ("CMR"). Please let me know your availability for a telephone conference to discuss the CMR. Also please provide available dates for the depositions of Cristina and Sergio in January 2020.

Talk soon,

**George Triantis**
Attorney

**P:** (813) 577-4761
**F:** (813) 559-4870
**A:** 201 N Franklin St, 7th Floor, Tampa, FL 33602

---

*COVID-19 Update: Morgan & Morgan continues to be fully operational and enabled to service our clients Nationwide. You can learn more about our remote resources here. We are here for you.*

---

**From:** Salma Benkabbou [mailto:salma@benkabboulawfirm.com]
**Sent:** Wednesday, December 02, 2020 1:48 PM
**To:** George Triantis x3391; Marc Edelman x3294
**Cc:** Client Relations Specialist; Legal Assistant
**Subject:** *EXT* Re: Michael Tran v. Nomad Group, LLC Defendants' Offer of Judgment

**CAUTION: Use caution when clicking on links or opening attachments in this external email.**

---

Good Afternoon George,

My clients wish to serve your client with the attached offer of judgment to settle all claims. I hope that your client accepts their offer as it is more than fair. Given the pandemic's impact on small business owners, such as my clients, this is all that they can afford as they have already downsized their business significantly and are still operating at a loss.

Looking forward to your response.

Warm Regards,

**Salma Benkabbou**
Principal Attorney | The Benkabbou Law Firm, PLLC
620 E. Twiggs Street, STE 303 Tampa, FL 33602
**P :** (813) 586-3351
**E :** salma@benkabboulawfirm.com
**W :** benkabboulawfirm.com

*"Great Things in Life are Never Done by a Single Person, they are Done by a Team of People" - Steve Jobs.*

**DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") [FLORIDA STATUTES SECTION 668.50]:** If this communication concerns the negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

This transmission may contain certain information that is confidential, proprietary, attorney work-product and/or attorney-client privileged. If you have received this communication in error, please promptly contact the sender by reply E-mail and destroy all copies of this original message. In no event may this email or any of the material contained herein or attached hereto be used, copied, reproduced, stored or retained by anyone other than the intended addressee(s), without the express written consent of the sender and/or the intended addressee(s).

IRS CIRCULAR 230 NOTICE: Pursuant to Treasury Department Circular 230, this is to advise you unless we otherwise expressly state in writing, e-mail communications, including all attachments, from this firm are not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties.

**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MICHAEL TRAN, on behalf of himself and     :       Civ. Action No.
others similarly situated,

                                            8:20-cv-1945-T-36AAS

                   Plaintiff,       :

                  against         :

NOMAD GROUP, LLC, a Florida Limited     :
Liability Company, CRISTINA CHANQUIN,
individually, and SERGIO CHANQUIN,
Individually,

                 Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## <u>DEFENDANTS' OFFER OF JUDGMENT</u>

Defendants Nomad Group, LLC, Cristina Chanquin, and Sergio Chanquin (collectively the "Defendants") make the following offer of judgment pursuant to Fed. R. Civ. P. 68 as follows:

1. Michael Tran is plaintiff in this action and asserts claims for breach of the Fair Labor Standards Act ("FLSA") 29 U.S.C. Section 201 *et seq.* recovery of overtime compensation and breach of the FLSA 29 U.S.C. Section 201 *et seq.* unlawful retaliation.

2. Defendants make this offer more than fourteen (14) days prior to trial, which, in accordance with the Court's order of September 15, 2020, is not yet set to begin.

3. Defendants hereby offer to allow entry of judgement against them in the amount of $4,200.00 ("Judgement Amount"). This Judgement Amount shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all costs and attorneys' fees otherwise recoverable in this action by Michael Tran that have accrued to date.

4. Defendants' offer is unconditional and is made to fully and finally resolve all claims asserted against them in this action.

5. Defendants' offer of judgment will remain open and irrevocable for fourteen (14) days after service on December 2, 2020.

6. If Michael Tran does not accept this offer in writing within fourteen (14) days after service, then Defendants' offer shall be deemed withdrawn in accordance with Fed. R. Civ. P. 68(b).

7. Please take notice that this offer of judgment is not an admission of liability in any respect by Defendants, or that Michael Tran is otherwise entitled to the amounts included in this offer of judgment, but rather is made by Defendants solely for the purpose of compromising a disputed claim under Fed. R. Civ. P. 68.

DATED: December 2, 2020.

Respectfully submitted,

The Benkabbou Law Firm, PLLC

**/s/ Salma Benkabbou__**
Salma Benkabbou, Esq.
Florida Bar Number: 0112385
620 E. Twiggs Street, STE 303
Tampa, Florida
Email: Salma@benkabboulawfirm.com
Secondary Email:
admin@benkabboulawfirm.com
Telephone: (813) 586-3351
Facsimile: (813) 836-7279

*Attorneys for Defendants* Nomad Group, LLC, Cristina Chanquin, and Sergio Chanquin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2020, a true and correct copy of the foregoing was served on George Triantis, via email to gtriantis@forthepeople.com, and Marc R. Edelman at medelman@forthepeople.com, counsels for Michael Tran.

/s/ Salma Benkabbou

Salma Benkabbou, Esq.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.